**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**


**November 5, 2009**

**DOCKET NO.: 08   01419-CA**

**MARGIE F. MARTIN**
**VERSUS**
**SAFEWAY INSURANCE CO.OF LOUISIANA, ET AL.**
**Appealed from EVANGELINE Parish Case No. 68344B**
**Trial Judge - Hon. Thomas F. Fuselier**


**REHEARING GRANTED.   Oral argument set for Wednesday, December 2, 2009, at 11:00 A.M.**

**Notice of Assignment of a Five-Judge Panel**

Pursuant to the provisions of Article 5, Section 8 of the Louisiana Constitution of 1974, the above-captioned case will be resubmitted to a panel of five judges, consisting of the three judges who were on the original panel and two other members of the Court.

It is not necessary for you to file additional briefs, but you may do so if appellant will file on or before 11/16/09 and appellee on or before 11/30/2009.  NO EXTENSIONS WILL BE GRANTED ON THESE BRIEFING DATES.

**Note:  Briefs should be limited to the issues raised in the Application for Rehearing only.**


Mailing List:
  Melissa Faye Doise, Counsel for the Appellant
  Gary J. Ortego, Counsel for the Appellee
  Gregory John Laborde, Counsel for the Appellant